AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

HEIDI-KARIN ALBRECHT,

Plaintiff,

V.

BLUE CROSS OF CALIFORNIA,

Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01198-RCJ-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted. Judgment is entered in favor of Defendant Blue Cross of California and against Plaintiff Heidi-Karin Albrecht.

December 29, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Michael Zadina

(By) Deputy Clerk